IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD E. ALLEN,

     Plaintiff,

v.                                                                          4:15cv113-WS/CAS

MRS. ROBERTS, et al.,

     Defendants.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 20) docketed July 31, 2015.  The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with an order of the court.  The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's complaint, and this action, are hereby DISMISSED

without prejudice for failure to prosecute and to comply with an order of the court.

3.  The clerk is directed to enter judgment, stating: "All claims are dismissed

without prejudice."

DONE AND ORDERED this <u>   2nd   </u> day of <u>   September   </u>, 2015.


<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE